# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
## NO. 03-14-00442-CV
---

**Scott Mandle, Appellant**

**v.**

**Old West Capital Co., as assignee of the judgment originally taken by Oliphant Financial Corporation; and A+ Federal Credit Union, Appellees**

---
### FROM THE COUNTY COURT OF LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-13-010555, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING
---

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss appeal. They state that they have reached a settlement and request that this Court set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement. They have attached a copy of the parties' settlement agreement to their motion. Accordingly, we grant the parties' motion. We set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Vacated and Remanded on Joint Motion

Filed:   January 28, 2015

2